AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of New York

ADAM BARLEY,

*Plaintiff(s)*

v.

Civil Action No. 3:26-cv-1493 (AJB/ML)

EDUCATION PLUS CORPORATION d/b/a THE FAMILY FOUNDATION SCHOOL; EMMANUEL ARGIROS a/k/a MICHAEL ARGIROS; CINDY ARGIROS a/k/a "CINDY RAY"; BETTY ARGIROS;

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See Rider attached.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Johannesen & Umana, P.C.
68 Jay Street, Suite 225
Brooklyn, NY 11201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John Domurad

Clerk of Court

Date: 8/4/2026

s/ Olivia Amoia

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset

## Proposed Summons Multi-Defendant Rider

1. **Education Plus Corporation d/b/a The Family Foundation School** –431 Chapel Hill Rd #430, Hancock, NY 13783
2. **Emmanuel Argiros a/k/a Michael Argiros** –309 Fall Brook Rd, Starlight PA 18461
3. **Cindy Argiros a/k/a "Cindy Ray"** –309 Fall Brook Rd, Starlight PA 18461
4. **Betty Argiros** –309 Fall Brook Rd, Starlight, PA 18461
5. **Michael Losicco** –801 E Frontier Street, Apt. 53, Payson, AZ 85541
6. **Roxanne Losicco a/k/a "Roxy"** –17 Fairmount Terrace, West Orange, NJ 07052
7. **Christopher Stein** –125 Pennsylvania Ave, Hancock, NY 13783
8. **Edward Anderson** –47 Burnside Ave, Apt 2, Oneonta, NY 13820
9. **Randy Whiting** –330 La Barre St, Hancock, NY 13783
10. **Joseph Petriella** –24749 State Highway 97 Hancock, NY 13783
11. **Matthew Dingle** –1112 Whitehall Dr, Doylestown, PA 18901
12. **The Eastridge Corporation a/k/a High Ridge Property Company, Inc.** –East Ridge Assoc Group, 194 Ridge Rd, Hankins, NY 12741
13. **Lackawanna College** –627 Main Street STE 205, Honesdale PA 18431
14. **National Association of Therapeutic Schools and Programs** –16701 Melford Blvd STE 400 Bowie, MD 20715; 4350 E West Highway, Bethesda MD 20814
15. **NBT Bank, N.A.** –11 E Main Street, Hancock NY 13783; 733 State Highway 28, Oneonta NY 13820
16. **NBT Bancorp Inc.** –52 South Broad Street Norwich, NY 13815
17. **The Hancock Herald** –216 Wheeler St, Hancock, NY 13783; 309 Fall Brook Rd, Starlight PA 18461
18. **Village of Hancock, New York** –85 East Front Street, Hancock NY 13783
19. **Village of Hancock Police Department** –85 East Front Street, Hancock NY 13783
20. **Delaware County Sheriff's Office** –1 Courthouse Square STE 2, Delhi NY 13753
21. **County of Delaware, New York** –3 Court Street, Suite 1, Delhi, NY 13753
22. **Delaware County Board of Supervisors** –111 Main Street, Delhi NY 13753
23. **Kasos Co Family LP** –23085 State Highway 97 Hancock, NY 13783
24. **Kasos Enterprises LLC** –23085 State Highway 97 Hancock, NY 13783; 162 Washington Avenue Albany NY 12210
25. **Chapel Hill Land Holdings LLC** –431 Chapel Hill Rd #430, Hancock, NY 13783
26. **K9-5 Inc.** –431 Chapel Hill Rd #430, Hancock, NY 13783