SEP 4 2026 PM12:08

U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Sep 04 - 2026
John M. Domurad, Clerk

UNITED STATES DISTRICT COURT

Northern District of New York

ADAM BARLEY,
Plaintiff,
v.

JOSEPH PETRIELLA a/k/a JOE PETRIELLA,et al.,
Defendants,

Case No. 3:26-cv-1493 (AJB/ML)

JOSEPH PETRIELLA'S REQUEST FOR EXTENSION OF TIME

Joseph Petriella, appearing pro se, respectfully requests additional time to respond to the lawsuit, which is currently due 21 days from September 2, 2026, on September 23, 2026.

Defendant has made efforts to obtain legal counsel but, despite those efforts, has not yet been able to find an attorney willing and able to represent him in this matter. Because this is a federal civil case involving numerous defendants and potentially complex legal issues, Defendant respectfully requests additional time to continue seeking counsel and to properly prepare a response.

Defendant respectfully requests an extension of 60 days to file the required response.

The request is made in good faith and not for purposes of delay.

WHEREFORE, Defendant Joseph Petriella respectfully requests that the Court grant this request for an extension of time.

Respectfully submitted,

Joseph Petriella a/k/a Joe Petriella
Defendant, Pro Se
24749 State Highway 97
Hancock, NY 13783
joeynickybella@hotmail.com
September 3, 2026