U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Sep 04 - 2026
John M. Domurad, Clerk

SEP 4 2026 PM12:08

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Adam Barley Plaintiff(s),

-vs-

Civil Case No. 3:26-CV-1493 (AJB|ML)

Joseph Petriella a/k/a Joe Petriella, et al.,) Defendant(s)

**MOTION FOR APPOINTMENT OF COUNSEL**

1. I hereby request a court-appointed attorney to represent me in this action.

2. I have contacted the following attorneys in my effort to obtain counsel:

9/2 Hinman, Howard + Kattell - spoke with Jonathan Hernadez
9/2 Coughlin + Gerhart - spoke with Cindy Jones
9/2 Levene, Goulding + Thompson - spoke with Kara - lawyers will review info
9/2 Horn Wright - spoke with clerk, no name given, on 9/3 received an email updating a lawyer is reviewing will get back 24-36 hrs.

NOTE: You must first attempt to find an attorney on your own before you file a motion for appointment of counsel with the Court. *See Terminate Control Corp. v. Horowitz*, 28 F.23d 1335 (2d Cir. 1994)

3. I have attached to this motion the correspondence that I have received from the attorneys listed above.

4. The reasons I believe I should be appointed counsel pro bono are as follows:

I have been laid off of work which is significantly reducing our household income. Finances are limited and retaining private counsel is not affordable and will create a financial hardship.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9-3-26

Joseph Petriella
Signature of Plaintiff

My wife is also only a 10 month school employee. My lay off date will be on or around September 15, 2026.