UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

ADAM BARLEY,

Plaintiff,

vs.

EDUCATION PLUS CORPORATION d/b/a THE FAMILY FOUNDATION SCHOOL; EMMANUEL ARGIROS a/k/a MICHAEL ARGIROS; CINDY ARGIROS a/k/a "CINDY RAY"; BETTY ARGIROS; MICHAEL LOSICCO; ROXANNE LOSICCO a/k/a "ROXY"; CHRISTOPHER STEIN; EDWARD ANDERSON; RANDY WHITING; JOSEPH PETRIELLA; MATTHEW DINGLE; THE EASTRIDGE CORPORATION a/k/a HIGH RIDGE PROPERTY COMPANY, INC.; LACKAWANNA COLLEGE; NATIONAL ASSOCIATION OF THERAPEUTIC SCHOOLS AND PROGRAMS; NBT BANK, N.A.; NBT BANCORP INC.; THE HANCOCK HERALD; VILLAGE OF HANCOCK, NEW YORK; VILLAGE OF HANCOCK POLICE DEPARTMENT; DELAWARE COUNTY SHERIFF'S OFFICE; COUNTY OF DELAWARE, NEW YORK; DELAWARE COUNTY BOARD OF SUPERVISORS; KASOS CO FAMILY LP; KASOS ENTERPRISES LLC; CHAPEL HILL LAND HOLDINGS LLC; and K9-5 INC.,

Defendants.

**NOTICE OF APPEARANCE**

Case No.: 3:26-cv-01493 (AJB/ML)

PLEASE TAKE NOTICE, that Jeanette N. Warren, Esq., (Hinman, Howard & Kattell, LLP) hereby appears as counsel for the following Defendants in the above-entitled action:

Education Plus Corporation d/b/a Family Foundation School;

Emmanuel Argiros a/k/a Michael Argiros;

Cindy Argiros a/k/a Cindy Ray;

Betty Argiros;

Kasos Co Family LP;

Kasos Enterprises LLC; and

The Hancock Herald.

Dated: September 4, 2026
Binghamton, New York

By: ______________________
Jeanette N. Warren, Esq.
Hinman, Howard & Kattell, LLP
*Attorneys for Defendants, Education Plus Corporation d/b/a Family Foundation School; Emmanuel Argiros a/k/a Michael Argiros; Cindy Argiros a/k/a Cindy Ray a/k/a Cindy Ray Argiros; Betty Argiros; Kasos Co Family LP; Kasos Enterprises LLC; and The Hancock Herald*
80 Exchange Street
PO Box 5250
Binghamton, New York 13902-5250
Telephone: (607) 231-6706
Email: jwarren@hhk.com