U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Sep 14 - 2026
John M. Domurad, Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

ADAM BARLEY,
Plaintiff,

v.

EDUCATION PLUS CORPORATION d/b/a
THE FAMILY FOUNDATION SCHOOL, et al.,
Defendants.

**Case No.**
**3:26-cv-01493-AJB-ML**

## MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendant Matthew Dingle, appearing pro se, respectfully requests a sixty (60) day extension of time to answer, move, or otherwise respond to Plaintiff's Complaint.

In support of this request, Defendant states that the Complaint is lengthy and complex, contains numerous federal and state-law claims, and names numerous defendants. Defendant is currently proceeding without counsel and requires additional time to review the allegations and applicable claims, gather and review relevant records and information, seek and obtain legal counsel, and prepare an appropriate response to the Complaint.

This request is made in good faith and not for purposes of unnecessary delay. Defendant respectfully requests an additional sixty (60) days to answer, move, or otherwise respond to the Complaint.

**WHEREFORE**, Defendant Matthew Dingle respectfully requests that the Court grant him a sixty (60) day extension of time to answer, move, or otherwise respond to the Complaint, together with such other and further relief as the Court deems just and proper.

Dated: September 13, 2026

Respectfully submitted,

Matthew Dingle
Defendant, Pro Se

Matthew I Dingle
1112 Whitehall Dr.
Doylestown, PA 18901
Telephone: 845-707-2039
Email: mdingle76@yahoo.com

## CERTIFICATE OF SERVICE

I certify that on September 13, 2026, I served a copy of the foregoing Motion for Extension of Time to Answer or Otherwise Respond to Complaint upon counsel for Plaintiff by mailing and/or electronically transmitting a copy to Plaintiff's counsel at the address or email address appearing on the Complaint.

Matthew Dingle

IT IS SO ORDERED:

Miroslav Lovric

Miroslav Lovric
U.S. Magistrate Judge

Dated: September 15, 2026
Binghamton, NY