UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Adam Barley,<br>Plaintiff,<br>-against-<br>Edward Anderson, Betty Argiros, Cindy Argiros, Emmanuel Argiros, Chapel Hill Land Holdings LLC, County of Delaware, New York, Delaware County Board of Supervisors, Delaware County Sheriff's Office, Matthew Dingle, Education Plus Corporation, K9-5 Inc., Kasos Co Family LP, Kasos Enterprises LLC, Lackawanna College, Michael Losicco, Roxanne Losicco, NBT Bancorp Inc., NBT Bank, N.A., National Association of Therapeutic Schools and Programs, Joseph Petriella, Christopher Stein, The Eastridge Corporation, The Hancock Herald, Village of Hancock Police Department, Village of Hancock, New York, Randy Whiting,<br>Defendants. | Case No.: 3:26-cv-01493-AJB-ML<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that, on September 15, 2026, I electronically filed Plaintiff's Waivers of the Service of Summons Returned Executed by Village of Hancock, New York, Village of Hancock Police Department, Betty Argiros, Emmanuel Argiros, Cindy Argiros, Education Plus Corporation, The Hancock Herald, Kasos Enterprises LLC, and Kasos Co Family LP, with the Clerk of the District Court using the CM/ECF system (ECF No. 31), which sent notification of such filing to the following:

Oriana L. Kiley, Esq.
okiley@woh.com

Yevgeniy Kats, Esq.
ykats@zeklaw.com

Ryan Wagenleitner, Esq.

Michael Erik Sims, Esq.
msims@zeklaw.com

Jeanette N. Warren, Esq.
jwarren@hhk.com

rwagenleitner@hhk.com

Elizabeth Sarah Johannesen, Esq.
elazabethsarahjohannesen@esjlaw.info

Luis Umana, Esq.
luisumana@esjlaw.info

In addition, I hereby certify that on September 15, 2026, I mailed, via the United States Postal Service, the aforementioned documents (ECF No. 31) to the following non-CM/ECF Participants:

Joseph Petriella
24749 State Highway 97
Hancock, NY 13783

Michael Losicco
801 E Frontier St, Apt #53
Payson, AZ 85541

Matthew Dingle
1112 Whitehall Dr.
Doylestown, PA 18901

Dated: Brooklyn, New York
September 15, 2026

By:

/s/ Elizabeth Sarah Johannesen, Esq.
Elizabeth Sarah Johannesen, Esq.