**IN THE UNITED STATES DISTRCT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

ADAM BARLEY,

Plaintiff(s),

-against-

EDUCATION PLUS CORPORATION d/b/a THE FAMILY FOUNDATION SCHOOL; EMMANUEL ARGIROS a/k/a MICHAEL ARGIROS; CINDY ARGIROS a/k/a "CINDY RAY"; BETTY ARGIROS; MICHAEL LOSICCO; ROXANNE LOSICCO a/k/a "ROXY"; CHRISTOPHER STEIN; EDWARD ANDERSON; RANDY WHITING; JOSEPH PETRIELLA; MATTHEW DINGLE; THE EASTRIDGE CORPORATION a/k/a HIGH RIDGE PROPERTY COMPANY, Inc.; LACKAWANNA COLLEGE; NATIONAL ASSOCIATION OF THERAPEUTIC SCHOOLS AND PROGRAMS; NBT BANK, N.A.; NBT BANCORP INC.; THE HANCOCK HERALD; VILLAGE OF HANCOCK, NEW YORK; VILLAGE OF HANCOCK POLICE DEPARTMENT; DELAWARE COUNTY SHERIFF'S OFFICE; COUNTY OF DELAWARE, NEW YORK; DELAWARE COUNTY BOARD OF SUPERVISORS; KASOS CO FAMILY LP; KASOS ENTERPRISES LLC; CHAPEL HILL LAND HOLDINGS LLC; and K9-5 INC.,

Defendant(s).

NOTICE OF APPEARANCE

Case No.: 3:26-cv-01493

**TO THE CLERK:**

**ENTRY OF APPEARANCE**

I, the undersigned, hereby appear as Attorney of Record on behalf of Defendant *Lackawanna College*. in the above-referenced matter.

Respectfully submitted,

O'TOOLE SCRIVO, LLC

Glenn M. Johnston, Esq.
Bar Number: 5565699
14 Village Park Road
Cedar Grove, NJ 07009

-and-

535 Fifth Avenue, Fourth Floor
New York, NY 10017
Telephone: (973) 239-5700
Email: gjohnston@oslaw.com
Attorneys for Defendant Lackawanna College

CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2026, a true and correct copy of the foregoing Notice of Appearance was served electronically via the Court's CM/ECF system upon all counsel of record.



Glenn M. Johnston, Esq.

Dated: September 15, 2026