U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Sep 15 - 2026
John M. Domurad, Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADAM BARLEY,<br>Plaintiff,<br><br>v.<br><br>EDUCATION PLUS CORPORATION d/b/a<br>THE FAMILY FOUNDATION SCHOOL, et al.,<br>Defendants. | **Case No.**<br>**3:26-cv-01493-AJB-ML** |

# CERTIFICATE OF SERVICE BY MAIL

I, Matthew I. Dingle, appearing pro se, certify that on **September 15, 2026**, I served a true and correct copy of my **Motion for Extension of Time to Answer or Otherwise Respond to Complaint** by depositing copies in the United States Mail, first-class postage prepaid, addressed to the following pro se defendants:

| | |
|---|---|
| **Joseph Petriella**<br>24747 State Highway 97<br>Hancock, NY 13783 | **Michael Losicco**<br>801 E. Frontier St.<br>Apt. #53<br>Payson, AZ 85541 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 15, 2026

Signature: ______________________________

**Matthew I. Dingle**
Defendant, Pro Se
1112 Whitehall Dr.
Doylestown, PA 18901
Telephone: 845-707-2039
Email: mdingle76@yahoo.com