## CERTIFICATE OF SERVICE

I certify that on September 17, 2026, I served a true and correct copy of this Answer on counsel for Plaintiff by first-class U.S. mail addressed as follows:

Elizabeth Sarah Johannesen, Esq.
Luis Umana, Esq.
Johannesen & Umana, P.C.
68 Jay Street, Suite 225
Brooklyn, New York 11201

Randall J. Whiting

Jeanette N. Warren, Attorney for Education Plus Corporation d/b/a The Family Foundation School
Hinman, Howard & Kattell, LLP
80 Exchange Street, PO Box 5250
Binghamton, NY 13905-5250

Jeanette N. Warren, Attorney for Emmanuel Argiros a/k/a Michael Argiros
Hinman, Howard & Kattell, LLP
80 Exchange Street, PO Box 5250
Binghamton, NY 13905-5250

Jeanette N. Warren, Attorney for Cindy Argiros a/k/a Cindy Ray
Hinman, Howard & Kattell, LLP
80 Exchange Street, PO Box 5250
Binghamton, NY 13905-5250

Jeanette N. Warren, Attorney for Betty Argiros
Hinman, Howard & Kattell, LLP
80 Exchange Street, PO Box 5250
Binghamton, NY 13905-5250

Michael Losicco 801 E. Fronter Street, Apt. 53 Payson, AZ 85541

Roxanne Losicco a/k/a Roxy 17 Fairmount Terrace West Orange, NJ 07052

Christopher Stein 125 Pennsylvania Avenue Hancock, NY 13783

Edward Anderson 47 Burnside Ave., Apt. 2 Oneonta, NY 13820

Joseph Petriella 24749 State Highway 97 Hancock, NY 13783

Matthew Dingle 1112 Whitehall Dr. Doylestown, PA 18901

The Eastridge Corporation a/k/a High Ridge Property Company, Inc.
East Ridge Asso Group
194 Ridge Road
Hankins, NY 12741

Lackawanna College 627 Main Street STE 205 Honesdale, PA 18431

National Association of Therapeutic Schools and Programs
16701 Melford Blvd., STE 400
Bowie, MD 20715

National Association of Therapeutic Schools and Programs
4350 E West Highway
Bethesda, MD 20814

NBT Bank, NA 11 E. Main Street Hancock, NY 13783

NBT Bank, NA 733 State Highway 28 Oneonta, NY 13820

NBT Bancorp Inc. 52 South Broad Street Norwich, NY 13815

Jeanette N. Warren, Attorney for The Hancock Herald
Hinman, Howard & Kattell, LLP
80 Exchange Street, PO Box 5250
Binghamton, NY 13905-5250

Village of Hancock 85 East Front Street Hancock, NY 13783

Village of Hancock Police Department 85 East Front Street Hancock, NY 13783

Delaware County Sheriff's Office 1 Courthouse Square, STE 2 Delhi, NY 13753

County of Delaware 3 Court Street, Suite 1 Delhi, NY 13753

Delaware County Board of Supervisors 111 Main Street Delhi, NY 13753

Jeanette N. Warren, Attorney for Kasos Co Family LP
Hinman, Howard & Kattell, LLP
80 Exchange Street, PO Box 5250
Binghamton, NY 13905-5250

Jeanette N. Warren, Attorney for Kasos Enterprises LLC
Hinman, Howard & Kattell, LLP
80 Exchange Street, PO Box 5250
Binghamton, NY 13905-5250

Chapel Hill Holdings LLC 431 Chapel Hill Road #430 Hancock, NY 13783

K9-5 Inc. 431 Chapel Hill Road, #430 Hancock, NY 13783

## CERTIFICATE OF SERVICE

I certify that on September 17, 2026, I served a true and correct copy of this Answer by first-class U.S. mail addressed as follows:

Jeanette N. Warren, Attorney for Education Plus Corporation d/b/a
The Family Foundation School
Hinman, Howard & Kattell, LLP
80 Exchange Street, PO Box 5250
Binghamton, NY 13905-5250

Randall J. Whiting

## CERTIFICATE OF SERVICE

I certify that on September 17, 2026, I served a true and correct copy of this Answer by first-class U.S. mail addressed as follows:

Jeanette N. Warren, Attorney for
Emmanuel Argiros a/k/a Michael Argiros
Hinman, Howard & Kattell, LLP
80 Exchange Street, PO Box 5250
Binghamton, NY 13905-5250

Randall J. Whiting

## CERTIFICATE OF SERVICE

I certify that on September 17, 2026, I served a true and correct copy of this Answer by first-class U.S. mail addressed as follows:

Jeanette N. Warren, Attorney for Cindy Argiros
a/k/a Cindy Ray
Hinman, Howard & Kattell, LLP
80 Exchange Street, PO Box 5250
Binghamton, NY 13905-5250

Randall J. Whiting

## CERTIFICATE OF SERVICE

I certify that on September 17, 2026, I served a true and correct copy of this Answer by first-class U.S. mail addressed as follows:

Jeanette N. Warren, Attorney for Cindy Argiros
a/k/a Cindy Ray
Hinman, Howard & Kattell, LLP
80 Exchange Street, PO Box 5250
Binghamton, NY 13905-5250

Randall J. Whiting

## CERTIFICATE OF SERVICE

I certify that on September 17, 2026, I served a true and correct copy of this Answer by first-class U.S. mail addressed as follows:

Jeanette N. Warren, Attorney for Betty Argiros
Hinman, Howard & Kattell, LLP
80 Exchange Street, PO Box 5250
Binghamton, NY 13905-5250

Randall J. Whiting

## CERTIFICATE OF SERVICE

I certify that on September 17, 2026, I served a true and correct copy of this Answer by first-class U.S. mail addressed as follows:

Michael Losicco
801 E. Fronter Street, Apt. 53
Payson, AZ 85541

Randall J. Whiting

## CERTIFICATE OF SERVICE

I certify that on September 17, 2026, I served a true and correct copy of this Answer by first-class U.S. mail addressed as follows:

Roxanne Losicco a/k/a Roxy
17 Fairmount Terrace
West Orange, NJ 07052

Randall J. Whiting

## CERTIFICATE OF SERVICE

I certify that on September 17, 2026, I served a true and correct copy of this Answer by first-class U.S. mail addressed as follows:

Christopher Stein
125 Pennsylvania Avenue
Hancock, NY 13783

Randall J. Whiting

**CERTIFICATE OF SERVICE**

I certify that on September 17, 2026, I served a true and correct copy of this Answer by first-class U.S. mail addressed as follows:

Joseph Petriella
24749 State Highway 97
Hancock, NY 13783

Randall J. Whiting

## CERTIFICATE OF SERVICE

I certify that on September 17, 2026, I served a true and correct copy of this Answer by first-class U.S. mail addressed as follows:

Matthew Dingle
1112 Whitehall Dr.
Doylestown, PA 18901

Randall J. Whiting

## CERTIFICATE OF SERVICE

I certify that on September 17, 2026, I served a true and correct copy of this Answer by first-class U.S. mail addressed as follows:

The Eastridge Corporation
a/k/a High Ridge Property Company, Inc.
East Ridge Asso Group
194 Ridge Road
Hankins, NY 12741

Randall J. Whiting

**CERTIFICATE OF SERVICE**

I certify that on September 17, 2026, I served a true and correct copy of this Answer by first-class U.S. mail addressed as follows:

Lackawanna College
627 Main Street STE 205
Honesdale, PA 18431

Randall J. Whiting

## CERTIFICATE OF SERVICE

I certify that on September 17, 2026, I served a true and correct copy of this Answer by first-class U.S. mail addressed as follows:

National Association of Therapeutic Schools and Programs
16701 Melford Blvd., STE 400
Bowie, MD 20715

Randall J. Whiting

## CERTIFICATE OF SERVICE

I certify that on September 17, 2026, I served a true and correct copy of this Answer by first-class U.S. mail addressed as follows:

National Association of Therapeutic Schools and Programs
4350 E West Highway
Bethesda, MD 20814

Randall J. Whiting

## CERTIFICATE OF SERVICE

I certify that on September 17, 2026, I served a true and correct copy of this Answer by first-class U.S. mail addressed as follows:

NBT Bank, NA
11 E. Main Street
Hancock, NY 13783

Randall J. Whiting

## CERTIFICATE OF SERVICE

I certify that on September 17, 2026, I served a true and correct copy of this Answer by first-class U.S. mail addressed as follows:

NBT Bank, NA
733 State Highway 28
Oneonta, NY 13820

Randall J. Whiting

## CERTIFICATE OF SERVICE

I certify that on September 17, 2026, I served a true and correct copy of this Answer by first-class U.S. mail addressed as follows:

NBT Bank, NA
733 State Highway 28
Oneonta, NY 13820

Randall J. Whiting

**CERTIFICATE OF SERVICE**

I certify that on September 17, 2026, I served a true and correct copy of this Answer by first-class U.S. mail addressed as follows:

NBT Bancorp Inc.
52 South Broad Street
Norwich, NY 13815

Randall J. Whiting

## CERTIFICATE OF SERVICE

I certify that on September 17, 2026, I served a true and correct copy of this Answer by first-class U.S. mail addressed as follows:

Jeanette N. Warren, Attorney for The Hancock Herald
Hinman, Howard & Kattell, LLP
80 Exchange Street, PO Box 5250
Binghamton, NY 13905-5250

Randall J. Whiting

## CERTIFICATE OF SERVICE

I certify that on September 17, 2026, I served a true and correct copy of this Answer by first-class U.S. mail addressed as follows:

Village of Hancock
85 East Front Street
Hancock, NY 13783

Randall J. Whiting

## CERTIFICATE OF SERVICE

I certify that on September 17, 2026, I served a true and correct copy of this Answer by first-class U.S. mail addressed as follows:

Village of Hancock Police Department
85 East Front Street
Hancock, NY 13783

Randall J. Whiting

**CERTIFICATE OF SERVICE**

I certify that on September 17, 2026, I served a true and correct copy of this Answer by first-class U.S. mail addressed as follows:

Delaware County Sheriff's Office
1 Courthouse Square, STE 2
Delhi, NY 13753

______________________
Randall J. Whiting

## CERTIFICATE OF SERVICE

I certify that on September 17, 2026, I served a true and correct copy of this Answer by first-class U.S. mail addressed as follows:

County of Delaware
3 Court Street, Suite 1
Delhi, NY 13753

Randall J. Whiting

**CERTIFICATE OF SERVICE**

I certify that on September 17, 2026, I served a true and correct copy of this Answer by first-class U.S. mail addressed as follows:

Delaware County Board of Supervisors
111 Main Street
Delhi, NY 13753

Randall J. Whiting

## CERTIFICATE OF SERVICE

I certify that on September 17, 2026, I served a true and correct copy of this Answer by first-class U.S. mail addressed as follows:

Jeanette N. Warren, Attorney for Kasos Co Family LP
Hinman, Howard & Kattell, LLP
80 Exchange Street, PO Box 5250
Binghamton, NY 13905-5250

Randall J. Whiting

**CERTIFICATE OF SERVICE**

I certify that on September 17, 2026, I served a true and correct copy of this Answer by first-class U.S. mail addressed as follows:

Jeanette N. Warren, Attorney for Kasos Enterprises LLC
Hinman, Howard & Kattell, LLP
80 Exchange Street, PO Box 5250
Binghamton, NY 13905-5250

Randall J. Whiting

## CERTIFICATE OF SERVICE

I certify that on September 17, 2026, I served a true and correct copy of this Answer by first-class U.S. mail addressed as follows:

Chapel Hill Holdings LLC
431 Chapel Hill Road #430
Hancock, NY 13783

Randall J. Whiting

## CERTIFICATE OF SERVICE

I certify that on September 17, 2026, I served a true and correct copy of this Answer by first-class U.S. mail addressed as follows:

K9-5 Inc.
431 Chapel Hill Road, #430
Hancock, NY 13783

Randall J. Whiting

**CERTIFICATE OF SERVICE**

I certify that on September 17, 2026, I served a true and correct copy of this Answer by first-class U.S. mail addressed as follows:

Edward Anderson
47 Burnside Ave., Apt. 2
Oneonta, NY 13820

Randall J. Whiting