U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Sep 18 - 2026
John M. Domurad, Clerk

Michael Losicco
801 E Frontier St
Payson, AZ 85541
MICHAELLOSICCO@GMAIL.COM

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM BARLEY,<br><br>Plaintiff,<br><br>against<br><br>EDUCATION PLUS CORPORATION D/B/A THE FAMILY FOUNDATION SCHOOL, ET AL.,<br><br>Defendants. | **Case No: 3:26-CV-1493 (AJB/ML)**<br><br>**DEFENDANT MICHAEL LOSICCO'S CERTIFICATE OF SERVICE DOCUMENT 24** |

I, Michael Losicco, hereby certify that on September 18, 2026, I served a true and correct copy of Defendant Michael Losicco's Pro Se Motion for Permission to File Documents Electronically in ECF (Document 24) upon *pro se* co-defendant Joseph Petriella by placing a copy of the motion in United States mail, first-class postage paid, addressed to:

Joseph Petriella
24749 State Highway 97
Hancock, NY 13783

I certify that the foregoing is true and correct.

Respectfully submitted this 18th day of September, 2026.

BY:/s/Michael Losicco
Michael Losicco
Defendant *Pro Se*

Electronically served on September 18, 2026
to the following:

**JOHANNESEN & UMANA, PC**
Elizabeth Sarah Johannesen
Luis Umana
68 Jay Street, Suite 225
Brooklyn, NY 11201
Attorneys for Plaintiff

Served by United States mail on September 18, 2026
to the following:

Joseph Petriella
24749 State Highway 97
Hancock, NY 13783