ZEICHNER ELLMAN & KRAUSE LLP
730 THIRD AVENUE
NEW YORK, NEW YORK 10017
TEL: (212) 223-0400

MICHAEL E. SIMS
(212) 826-5328
msims@zeklaw.com

WWW.ZEKLAW.COM

September 18, 2026

**BY ECF**

Honorable Miroslav Lovric
United States Magistrate Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

**Re:** *Van Arsdale v. Education Plus Corporation, et al*. (Case No. 3:26 cv-01462)
*Doe v. Education Plus Corporation, et al*. (Case No. 3:26-cv-01397)
*S.H. v. Education Plus Corporation, et al*. (Case No. 3:26-cv-01412)
*C.R. v. Education Plus Corporation, et al*. (Case No. 6:26-cv-01409)
*Saez v. Education Plus Corporation, et al*. (Case No. 3:26-cv-01450)
*Barley v. Education Plus Corporation, et al*. (Case No. 3:26-cv-01493)

Dear Judge Lovric,

We represent Defendants NBT Bank, N.A. and NBT Bancorp Inc. (collectively, "NBT") in the above-referenced actions. With the consent of Plaintiffs' counsel, we respectfully request a 30-day extension of time for NBT to respond to each of the complaints filed in the above-captioned matters. In addition, NBT intends to file a motion to dismiss in each case and respectfully requests leave to exceed the page limitation, set forth in Local Rule 7.1, by 15 pages, for a total of 40 pages. Plaintiffs' counsel has also consented to this request.

NBT's current deadline to respond to the complaints is September 28, 2026, except in the *Barley* matter, where NBT's response is due October 5, 2026. NBT respectfully requests a 30-day extension of these deadlines, extending NBT's time to respond as follows:

1. *Van Arsdale v. Education Plus Corporation, et al*. (Case No. 3:26-cv-01462)
    - Requested Date to Respond: On or before October 28, 2026
2. *Doe v. Education Plus Corporation, et al*. (Case No. 3:26-cv-01397)
    - Requested Date to Respond: On or before October 28, 2026
3. *S.H. v. Education Plus Corporation, et al*. (Case No. 3:26-cv-01412)
    - Requested Date to Respond: On or before October 28, 2026
4. *C.R. v. Education Plus Corporation, et al*. (Case No. 6:26-cv-01409)
    - Requested Date to Respond: On or before October 28, 2026

5. *Saez v. Education Plus Corporation, et al*. (Case No. 3:26-cv-01450)
    - Requested Date to Respond: On or before October 28, 2026
6. *Barley v. Education Plus Corporation, et al*. (Case No. 3:26-cv-01493)
    - Requested Date to Respond: On or before November 4, 2026

This is NBT's first request for an extension of time. NBT's request for an extension of time to respond to the complaints and enlargement of the page limitation for each motion to dismiss is based on the number of complaints and causes of actions to which NBT must respond. Collectively, the six referenced actions comprise of approximately 500 pages of allegations and assert a total of 99 causes of action. The extension and briefing enlargement will permit NBT to adequately address the various causes of action and numerous bases for dismissal.

The requested extension will not affect any other case deadlines.

We thank the Court for its consideration of these extension and enlargement requests.

Respectfully,

/s/ *Michael E. Sims*
Michael E. Sims

IT IS SO ORDERED:

Miroslav Lovric
U.S. Magistrate Judge

Dated: September 21, 2026
Binghamton, NY

:ord by ECF

| | | |
|---|---|---|
| Diane Geer<br>874 Cadosia Road<br>Hancock, NY 13783<br>*Defendant* | Linda Drake s/h/a<br>Lynda Drake<br>1028 Old Farm Circle<br>Elgin, SC 29045<br>*Defendant* | Susan Runge<br>24249 State Highway 97<br>Hancock, NY 13783-2225<br>*Defendant* |
| Jeff Brain, M.A.<br>8985 SW 52nd Place Rd<br>Ocala, FL 34481<br>*Defendant* | Jeff Brain, M.A.<br>2200 N. 29th Ave, Apt 104<br>Hollywood, FL 33020<br>*Defendant* | Ivan Fras, M.D.<br>1 Hawley St<br>Binghamton, NY 13901<br>*Defendant* |

Suzanne Cusack
100 Woodland Pond Cir,
Apt 535
New Paltz, NY 12561

*Defendant*

Karen Wells
250 E Center Street,
Apt 341
Orem, UT 84057

*Defendant*

Heather Palmer
4870 Spanish Valley Drive
Moab, UT 84532

*Defendant*

Jennifer Whipple
149 E 300 S
Monticello, UT 84535

*Defendant*

Nancy Edwards
363 Cottonwood Lane
Auburn, NY 13021

*Defendant*

Jackie Petriella
24749 State Highway 97
Hancock, NY 13783-2225

*Defendant*

Joseph Petriella
24749 State Highway 97
Hancock, NY 13783-2225

*Defendant*

Debbi Knack a/k/a
"Debbie"
218 Country Rd
Callicoon, NY 12723

*Defendant*

Ted Towsley
205 Newman St
Springville, NY 14141

*Defendant*

Audra Towsley
205 Newman St
Springville, NY 14141

*Defendant*

Paul Geer
2400 Robert F. Miller Dr.
Lewisburg, PA 17837

*Defendant*

Michael Losicco
801 E. Frontier Street,
Apt. 53
Payson, AZ 85541

*Defendant*

Roxanne Losicco
a/k/a "Roxy"
17 Fairmount Terrace
West Orange, NJ 07052

*Defendant*

Christopher Stein
125 Pennsylvania Ave
Hancock, NY 13783

*Defendant*

Edward Anderson
47 Burnside Ave, Apt 2
Oneonta, NY 13820

*Defendant*

Randall J. Whiting
s/h/a Randy Whiting
330 LaBarre Street
Hancock, NY 13783

*Defendant*

Matthew I. Dingle
1112 Whitehall Dr.
Doylestown, PA 18901

*Defendant*