UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ADAM BARLEY,

Plaintiff,

-against-

EDUCATION PLUS CORPORATION d/b/a THE FAMILY FOUNDATION SCHOOL; EMMANUEL ARGIROS a/k/a MICHAEL ARGIROS; CINDY ARGIROS a/k/a CINDY RAY a/k/a CINDY RAY ARGIROS; BETTY ARGIROS; MICHAEL LOSICCO a/k/a “ROXY”; CHRISTOPHER STEIN; EDWARD ANDERSON; RANDY WHITING; JOSEPH PETRIELLA; MATTHEW DINGLE; THE EASTRIDGE CORPORATION a/k/a HIGH RIDGE PROPERTY COMPANY, Inc.; LACKAWANNA COLLEGE; NATIONAL ASSOCIATION OF THERAPEUTIC SCHOOLS AND PROGRAMS; NBT BANK, N.A.; NBT BANCORP INC.; THE HANCOCK HERALD; VILLAGE OF HANCOCK, NEW YORK; VILLAGE OF HANCOCK POLICE DEPARTMENT; DELAWARE COUNTY SHERIFF'S OFFICE; COUNTY OF DELAWARE, NEW YORK; DELAWARE COUNTY BOARD OF SUPERVISORS; KASOS CO FAMILY LP; KASOS ENTERPRISES LLC; CHAPEL HILL LAND HOLDINGS LLC; and K9-5 INC.

Defendants.

---

**NOTICE OF MOTION**

Civil Action No.: 3:26-cv-1493-AJB-ML

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, and all pleadings and proceedings had herein, Defendants Village of Hancock, New York, and Hancock Village Police Department (collectively, the “Village Defendants”), by and through their undersigned attorneys, Whiteman Osterman & Hanna LLP, hereby move this Court before the Honorable Anthony J. Brindisi at Alexander Pirnie Federal Bldg. and U.S. Courthouse, 10 Broad Street, Utica, New York, for an Order, pursuant to Fed. R. Civ. Pro. 12(b)(6), dismissing Plaintiff’s

Verified Complaint in this action in its entirety and with prejudice, and for such other and further relief as the Court shall deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Fed. R. Civ. Pro. 12(a)(1)(C), and Northern District of New York Local Rule 7.1(a), unless otherwise ordered by the Court, Plaintiff must file and serve its opposition papers no more than twenty-one (21) days after service of the motion, and Defendants must file serve their reply papers seven (7) days after service of the response papers.

Dated: October 27, 2026

WHITEMAN OSTERMAN & HANNA LLP

Oriana Kiley

Oriana L. Kiley, Esq.
Anna V. Seitelman, Esq.
*Attorneys for Defendants Village of Hancock, New York, and Hancock Village Police Department*
One Commerce Plaza
Albany, New York, 12260
(518) 487-7600
okiley@woh.com
aseitelman@woh.com